No. D-208. In re Disbarment of Noren. It is ordered that Donald H. Noren, of Plantation, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-209. In re Disbarment of Patt. It is ordered that Seymour Harold Patt, of Reno, Nev., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-210. In re Disbarment of Burka. It is ordered that Leonard W. Burka, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-211. In re Disbarment of Barbuto. It is ordered that James Vito Barbuto, of Akron, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85, Orig. Texas v. Oklahoma. Motion of Texas Power & Light Co. for leave to intervene referred to the Special Master. [For earlier order herein, see 444 U. S. 1065.]

No. 79-1056. Northwest Airlines, Inc. v. Transport Workers Union of America, AFL-CIO, et al. C. A. D. C. Cir. [Certiorari granted, 447 U. S. 920.] Motion of the Solicitor General for divided argument granted. Justice Blackmun took no part in the consideration or decision of this motion.